COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:    In the Interest of A.A.M. and J.M. v. Department of Family and Protective Services

Appellate case number:    01-14-00798-CV

Trial court case number:    2011-00219J

Trial court:    314th District Court of Harris County

This is an accelerated appeal in a parental termination case. *See* TEX. FAM. CODE ANN. § 263.405(a) (West 2014); TEX. R. APP. P. 28.4(a). The trial court entered a final judgment on September 8, 2014 and appellant filed a notice of appeal on September 26, 2014. The clerk's record was originally due on October 6, 2014. On October 14, 2014, the district court clerk filed an information sheet stating that the clerk's record would not be filed by the due date because appellant has not paid the fee for preparing the clerk's record. The Court has been informed that the trial court found appellant indigent for the purpose of appeal and entered an order on September 30, 2014 appointing appellate counsel. The Court has also been informed that the trial court previously found appellant indigent and appointed counsel to represent appellant in the underlying case. Therefore, appellant is presumed to remain indigent for purposes of appeal and may proceed without advance payment of costs. *See* TEX. FAM. CODE ANN. § 107.013(e) (West 2014); TEX. R. APP. P. 20.1(a)(3).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the district clerk file the clerk's record in this case **by no later than Monday, October 20, 2014**. Because this is an accelerated appeal and the record was originally due on October 6, 2014, the Court will not grant any motions to extend time absent extraordinary circumstances. *See* TEX. R. APP. P. 28.4(b)(2); 35.3(c).

It is so ORDERED.

Judge's signature: /s/ Jane Bland _____

☑ Acting individually    ☐ Acting for the Court

Date: October 15, 2014